**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Helen Williams NELSON and Robert D. Williams, duly appointed Executrix and Executor of the Last Will of Helen F. Williams, Fulton Federal Savings and Loan Association, and Robert Norman, Defendants-Appellants.**

**No. 82–8739.**

United States Court of Appeals,
Eleventh Circuit.

April 16, 1984.

Glenn L. Archer, Jr., Michael L. Paup, Tax Div., U.S. Dept. of Justice, Washington, D.C., Sharon D. Stokes, Joan I. Oppenheimer, Richard W. Perkins, Asst. U.S. Attys., Dept. of Justice, Washington, D.C., for plaintiff-appellee.

W. Rhett Tanner, Atlanta, Ga., Dennis C. O'Brien, Marietta, Ga., for Fulton Federal.

James E. Malone, Marietta, Ga., for Helen Williams.

Before GODBOLD, Chief Judge, HILL, Circuit Judge, and THORNBERRY *, Senior Circuit Judge.

---

*\* Honorable Homer Thornberry, U.S. Circuit Judge for the Fifth Circuit, sitting by designation.

BY THE COURT:

AFFIRMED on the basis of the district court decision. *See* 581 F.Supp. 756 (N.D. Ga.1982).